160 A.3d 711

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. J.L.H., DEFENDANT–
PETITIONER. IN THE MATTER OF THE GUARDIANSHIP OF
C.M.H. AND J.J.H., –MINORS–RESPONDENTS.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002046–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 712

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ARTAJ M. NORTHROP, DEFENDANT–PETITIONER.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004987–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.